

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| OSCAR A. KIERUM II,<br>    Appellant | CIVIL ACTION 1:10-CV-01057 |
| VERSUS | JUDGE DEE D. DRELL |
| SOCIAL SECURITY ADMINISTRATION<br>COMMISSIONER,<br>    Appellee | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Kierum's appeal is GRANTED, the final decision of the Commissioner is REVERSED, and Kierum's case is REMANDED to the Commissioner for further proceedings.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 10th day of August, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE